730 A.2d 351

IN THE MATTER OF MARC D'ARIENZO,
AN ATTORNEY AT LAW.

June 14, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **MARC D'ARIENZO** of **WALL,** who was admitted to the bar of this State in 1993, and who was suspended from

the practice of law for a period of three months effective March 1, 1999, by Order of this Court dated January 29, 1999, be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent shall immediately report to the Office of Attorney Ethics any finding of contempt or any sanction imposed against him by a court or other tribunal for a period of two years and until further Order of the Court.